IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LONE STAR STEAKHOUSE AND
SALOON, INC., a Delaware Corporation

    Plaintiffs                                                Civil Action No. 05-1249-WEB

v.

ACACIA TECHNOLOGIES GROUP and
FINANCIAL SYSTEMS INNOVATION
LLC, an Illinois Limited Liability Company

    Defendants.

## **ORDER**

Before this Court is the parties' Joint Motion to Stay Pending Patent Reexamination. Finding that good cause exists for the granting of the same, it is hereby ORDERED that all proceedings and due dates in this matter, including discovery, are stayed pending the outcome of the reexamination proceeding before the United States Patent and Trademark Office relating to United States Patent No. 4,707,592.

It is further ORDERED that the parties notify the Court of the outcome of the reexamination proceeding within thirty (30) days of receiving notice of such outcome.

This Order is entered without prejudice to any rights, defenses or counterclaims that either the Plaintiff or Defendants may have.

IT IS SO ORDERED this 27th day of September, 2005 at Wichita, Kansas.

        s/ Wesley E. Brown
        UNITED STATES DISTRICT JUDGE

Approval:

Phillip L. Free, Jr. OBA #15765)
CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK  73102
(405) 235-7700
(405) 239-6651 fax

Martin W. Bauer (#08629)
MARTIN PRINGLE OLIVER
  WALLACE & BAUER
100 North Broadway, Suite 500
Wichita, Kansas 67202
(316) 265-9311
(316) 265-2955 (FAX)


___s/ Martin W. Bauer_____
Attorneys for Plaintiff


Coy M. Martin  (#17104)
MOORE MARTIN, L.C.
622 E. Douglas
Wichita, KS  67202
(316) 267-6000
(316) 267-6001 fax

Of Counsel:
Jonathan T. Suder (Tex. S.Ct. #19463350)
Edward E. Casto, Jr. (Tex. S.Ct. #24044178)
FRIEDMAN, SUDER & COOKE
604 East Fourth Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 fax
Email:  jts@fsclaw.com
Email:  casto@fsclaw.com

___s/ Coy M. Martin_____
Attorneys for Defendants Acacia and FSI