MARTIN, PRINGLE, OLIVER, WALLACE & BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, Kansas 67202
(316) 265-9311 (t)
(316) 265-2955 (f)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LONE STAR STEAKHOUSE AND SALOON, INC. (by its Successor Center Cut Hospitality, Inc.), a Delaware Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>ACACIA TECHNOLOGIES GROUP and FINANCIAL SYSTEMS INNOVATION LLC,<br><br>  Defendants. | Civil Action No. 05-1249-WEB |

### **ORDER OF DISMISSAL**

This matter comes before the Court for dismissal by reason of the parties' settlement and stipulation. Plaintiff appears by and through its attorneys, Martin W. Bauer and Phillip L. Free, Jr. Defendants solely for this Order appear by their attorneys, Anthony G. Simon and Coy M. Martin. There were no other appearances.

The Court, after being advised that plaintiff, Lone Star Steakhouse and Saloon, Inc., and defendants, Acacia Technologies Group and Financial Systems Innovation LLC, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, agree to dismiss with prejudice all claims and counterclaims in this action, with each party to bear their own attorneys' fees and costs, finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the above-entitled case is hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear their respective attorney's fees and costs.

IT IS SO ORDERED this 2nd day of February, 2010 at Wichita, Kansas.

                                            s/ Wesley E. Brown
                                            UNITED STATES DISTRICT COURT JUDGE

APPROVED By:

Phillip L. Free, Jr. (OBA #15765)
CROW & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, OK 73102
P: (405) 235-7700
F: (405) 239-6651
FREEPHIL@crowedunlevy.com

 /s/ Martin W. Bauer
Martin W. Bauer (#08629)
MARTIN, PRINGLE, OLIVER,
 WALLACE & BAUER, L.L.P.
100 North Broadway, Suite 500
Wichita, KS 67202
P: (316) 265-9311
F: (316) 265-2955
mwbauer@martinpringle.com

Attorneys for Plaintiff

Anthony G. Simon (Mo. Bar #38745)
THE SIMON LAW FIRM
701 Market, Suite 1450
St. Louis, MO 63101
P: (314) 241-2929
F: (314) 241-2029
asimon@simonlaw.com

 /s/ Coy M. Martin
Coy M. Martin (#17104)
MOORE MARTIN, L.C.
622 E. Douglas
Wichita, KS 67202
P: (316) 267-6000
F: (316) 267-6001
coy@mooremartin.com

Attorney for Defendants